UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL NO. 5:22-CR-00025-GNS

**ANTHONY JONES** DEFENDANT

**SENTENCING MEMORANDUM**
*-Filed Electronically-*

The United States of America, by counsel, files this memorandum in support of sentencing in this action currently scheduled for September 27, 2023. The United States has no objections to the final presentence report and will not call any witnesses at the sentencing hearing.

**PROCEDURAL HISTORY**

Anthony Jones ("defendant"), was indicted by a federal Grand Jury on May 10, 2022, and formally charged with one count of engaging in the business of dealing firearms, five counts of making a false statement during the purchase of a firearm, one count of transferring a firearm to an out of state resident, and one count of illegal possession of a machinegun.

The defendant was arrested on the federal Indictment warrant June 21, 2022, in the Southern District of Texas. On June 23, 2023, the defendant was released on conditions and subsequently appeared in the Western District of Kentucky.

On March 15, 2023, the defendant entered pleas of guilty as to all counts in the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement.

## OFFENSE CONDUCT

The United States agrees with the offense conduct, as laid out in the U.S. Probation Office's final Presentence Investigation Report (PSR), at paragraphs 15-50. *See* PSR [DN 26, ¶ 15-50].

## GUIDELINES CALCULATION

The United States agrees with the guidelines calculation and criminal history computation contained within the PSR. Accordingly, the United States agrees with a base offense level of 27 and a criminal history category of I which produces a guideline imprisonment range of 70-87 months. *See* PSR [DN 26, ¶ 104].

## SENTENCING FACTORS

This Court must ultimately affix a sentence which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a). That section directs courts to consider the following:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed:

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

(A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines--

. . .

(5) any pertinent policy statement--

. . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

In the spring of 2021, agents began investigating Jones and others for trafficking in firearms. Agents determined that Jones, who was previously enlisted as a soldier at Fort Campbell, purchased 40 handguns between September 12, 2020, and November 20, 2020. Further investigation revealed that Jones had enlisted others to purchase firearms for him, sending payments through CashApp for the firearms. From October 18, 2020, through March 17, 2021, another person purchased 11 firearms that were ultimately transferred to Jones. One of the firearms purchased for Jones, was found in Jones' possession on November 20, 2020, during a traffic stop. The specific firearm, a Glock 34, 9-millimeter machinegun, bearing serial number BNTN290, had an extended magazine on it and a Glock switch installed, enabling it to function as a fully automatic weapon.

Several of the Glock handguns, either purchased by Jones or for Jones, were recovered from crime scenes in Chicago and members of the Gangster Disciples. Of the guns recovered in Chicago, one was used in a homicide and another, with a Glock switch installed, was used in a shooting that left two people injured. CashApp records revealed

numerous payments being made by others to Jones around the time the firearms were purchased.

On August 13, 2021, K.W. was arrested in Chicago with a gun purchased by Jones. The gun had a Glock switch installed on it.

A search of Jones social media accounts revealed numerous messages indicative of firearms trafficking. On September 5, 2020, Jones sent a message to another Instagram user that read, "sht prolyl 5 fa da brand new glocks im flooding da hood ian gon lie." A video located on his Instagram account showed an unidentified male passenger firing a Glock with a switch installed in a residential area. In the video, that Jones later admitted to filming, the vehicle approaches a stop sign near an apartment complex before the passenger points the gun out of the window and fires. The gun functioned as a machinegun and the magazine emptied with one pull of the trigger. Agents have not been able to locate any incident reports from the observed drive-by shooting.

Jones was interviewed and admitted to buying and selling firearms. He also admitted to driving guns, including the one found on K.W. – an Indiana resident, to Indianapolis where another person would take the guns and sell them in Indianapolis or Chicago.

While Jones does not have a criminal history, the facts of this case, the need for adequate deterrence of similar conduct, and the need to protect the community, necessitate a substantial sentence.

## CONCLUSION

It is the position of the United States that a sentence at the low end of the applicable guideline range would accomplish the sentencing purposes of 3553(a). Therefore, should the Court also agree, the United States respectfully requests that the

Court impose such a sentence, which is sufficient, but not more than necessary to satisfy the above factors.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Leigh Ann Dycus*
Leigh Ann Dycus
Assistant U.S. Attorney
501 Broadway, Suite B29
Paducah, Kentucky 42001
270-816-3354
leigh.ann.dycus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel of Record.

*/s/ Leigh Ann Dycus*
Leigh Ann Dycus
Assistant U.S. Attorney