**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO. 5:22CR-00025-GNS**
***Electronically Filed***

**ANTHONY JONES** **DEFENDANT**

**MOTION FOR FINAL DECREE**
**AND ORDER OF FORFEITURE**

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/Amy M. Sullivan
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Amy M. Sullivan
Amy M. Sullivan
Assistant United States Attorney